IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Derek Clements, *et al.*, <br><br>　　　　　　Plaintiffs, <br><br>v. <br><br>Lloyd J. Austin, III, Secretary of Defense., *et al.*, <br><br>　　　　　　Defendants. | C.A. No. 2:22-2069-RMG <br><br> **ORDER** |

Plaintiffs have moved for the Court to reconsider its order severing the claims of the twenty- four named Plaintiffs and dismissing twenty of the Plaintiffs who lack venue in the District of South Carolina. (Dkt. No. 28). Plaintiffs have further moved for leave to amend their complaint to dismiss all Defendants except Secretary of Defense Lloyd Austin and to dismiss their claims under the Religious Freedom Restoration Act (RFRA), 42 U.S.C. § 2000bb-1 *et. seq*., and the First Amendment. (*Id*.). Plaintiffs have attached to their motion a proposed amended complaint that asserts three claims under the Administrative Procedures Act (APA), 5 U.S.C. §. 551 *et seq*. (Dkt. No. 28-2).

The Court hereby shortens the time for Defendants to respond to the Plaintiffs' Motion for Reconsideration and Leave to Amend to August 9, 2022. Additionally, in light of Plaintiffs' statement that there is no longer an immediate need to address issues raised in Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (Dkt. No. 26 at 2), the Court hereby continues the hearing previously set for August 12, 2022 (Dkt. No. 14) until further order of the Court. The Court denies Plaintiffs' motion to stay (Dkt. No. 26) as moot.

1

**AND IT IS SO ORDERED**.

s/ Richard M. Gergel
Richard M. Gergel
United States District Judge

August 2, 2022
Charleston, South Carolina